CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK
  JASON BOATRIGHT



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

June 4, 2018

Ms. Bridget Parson
508 Grady Lane
Cedar Hill, Texas 75104
RE:    Court of Appeals Number:    05-16-00060-CV
       Trial Court Case Number:    CC-15-01563-B

Style:  *Bridget Parson v. Becky Cole*

Dear Ms. Parson:

By order dated May 11, 2018, this Court denied your motion to recall the mandate. Before the Court is your May 31, 2018 motion to reconsider that order. As this Court's plenary power has expired, the Court will take no action on your motion. *See* TEX. R. APP. P. 19.1.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

cc: Ms. Claudia Cano